# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| SHELBY COUNTY ADVOCATES FOR VALID ELECTIONS, MICHAEL KERNELL, JOE TOWNS, JR., ANN SCOTT, and BRITNEY THORNTON, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 2:18-cv-02706-TLP-dkv |
| v. | ) ) | JURY DEMAND |
| TRE HARGETT, in his official capacity as TENNESSEE SECRETARY OF STATE, et al., | ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint, filed on October 12, 2018. (ECF No. 1.) In accordance with the Order Granting Motions to Dismiss, (ECF No. 140), entered by the Court,

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is **DISMISSED WITHOUT PREJUDICE.**

**APPROVED:**

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

September 13, 2019
Date