IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE AT MEMPHIS
_____

SHELBY ADVOCATES FOR VALID
ELECTIONS; MICHAEL KERNELL;
JOE TOWNS, JR.,
ANN SCOTT, and BRITNEY THORNTON

    Plaintiffs

                              Civil Action No. 2:18-cv-02706

v.

                              NOTICE OF APPEAL

TRE HARGETT in his Official capacity as TENNESSEE SECRETARY
OF STATE; MARK GOINS, in his Official capacity
As the COORDINATOR OF ELECTIONS for the STATE
OF TENNESSEE; THE TENNESSEE ELECTION COMMISSION;
KENT D. YOUNCE, JUDY BLACKBURN,
GREG DUCKETT, DONNA BARRETT, JAMES H. WALLACE,, JR.,
TOM WHEELER, MIKE MCDONALD, in each of their Official Capacity
As a Member of the TENNESSEE ELECTION
COMMISSION; LINDA PHILLIPS, in Her Official
Capacity as Administrator of the SHELBY COUNTY
ELECTION COMMISSION; SHELBY
COUNTY ELECTION COMMISSION and
ROBERT MEYERS, NORMA LESTER, DEE NOLLNER, STEVE
STAMSON, ANTHONY TATE, in each of their Official Capacity as a Board
of Commissioner of the SHELBY COUNTY ELECTION COMMISSION.

    Defendants.
_____

      Notice is hereby given that all Plaintiffs in the above-captioned case hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Order

Granting Motions to Dismiss without Prejudice, and Judgment entered in this action on September, 13, 2019 (ECF Nos. 140 and 141).

| | |
|---|---|
| Date: October 8, 2019 | Respectfully submitted, |

CAROL CHUMNEY LAW PLLC

By: /s/Carol J. Chumney
Carol J. Chumney, Esq. (#012021)
5050 Poplar, Suite 2436
Memphis, TN 38157
(901) 844-7141
carol@carolchumneylaw.com
*Attorney for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record. I hereby certify that I have mailed by United States Postal Service the same to any non-ECF participants.

/s/Carol Chumney
Carol Chumney
5050 Poplar, Suite 2436
Memphis, TN 38157
(901) 844-7141
carol@carolchumneylaw.com
*Attorney for the Plaintiffs*