# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 24, 2019

Ms. Carolyn Jean Chumney
Ms. Janet M. Kleinfelter
Mr. John Louis Ryder
Mr. Pablo Adrian Varela

Re:  Case No. 19-6142, *Shelby Advocates, et al v. Tre Hargett, et al*
     Originating Case No. : 2:18-cv-02706

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Ryan E. Orme
Case Manager
Direct Dial No. 513-564-7079

cc:  Mr. Thomas M. Gould

Enclosure

Case No. 19-6142

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

SHELBY ADVOCATES FOR VALID ELECTIONS; MICHAEL KERNELL; JOE TOWNS, JR.; ANN SCOTT; BRITNEY THORNTON

      Plaintiffs - Appellants

v.

TRE HARGETT, in his Official Capacity as Tennessee Secretary of State; MARK GOINS, in his Official Capacity as the Coordinator of Elections for the State of Tennessee; STATE OF TENNESSEE ELECTIONS COMMISSION; KENT YOUNCE; JUDY BLACKBURN; GREGORY DUCKETT; DONNA BARRETT; JAMES H. WALLACE, JR.; TOM WHEELER; MIKE MCDONALD, in each of their Official Capacity as a member of the Tennessee Election Commission; LINDA PHILLIPS, in her Official Capacity as Administrator of the Shelby County Election Commission; SHELBY COUNTY ELECTIONS COMMISSION; ROBERT MEYERS; NORMA LESTER; DEE NOLLNER; STEVE STAMSON; ANTHONY TATE, in each of their Official Capacity as a Board Commissioner of the Shelby County Election Commission

      Defendants - Appellees

      Upon consideration of the appellant's motion to expedite the briefing schedule and to expedite oral argument,

      It is **ORDERED** that the motions be, and hereby are, **GRANTED**. The case will be submitted at the earliest practicable date.

**ENTERED BY ORDER OF THE COURT**
Deborah S. Hunt, Clerk

Issued: October 24, 2019